IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| VANESSA FEN-JUNG LIU,<br><br>Plaintiff,<br><br>vs.<br><br>SALT LAKE COMMUNITY COLLEGE, and RICHARD A. DIAZ,<br><br>Defendants. | Case No. 2:21-cv-00608-CMR<br><br>**JUDGMENT IN A CIVIL CASE**<br><br>Magistrate Judge Cecilia M. Romero |

IT IS ORDERED AND ADJUDGED

That Defendants Salt Lake Community College and Richard Diaz' (collectively, Defendants) Motion to for Summary Judgment is GRANTED, and Judgment is entered in favor of Defendants and against Plaintiff.

DATED this 4 February 2025.

*Cecilia M. Romero*
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah

1